**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                               CASE NO: 8:03-CR-152-T-30TBM

TIMOTHY A. DAY
_____/

# **ORDER**

On May 25, 2007, Defendant TIMOTHY A. DAY filed a Motion to Modify Sentence (Dkt.#342), which this Court has construed as a third motion for relief under 28 U.S.C. § §2255, challenging his conviction entered January 27, 2004. Pursuant to 28 U.S.C. § § 2255 and 2244(b)(3)(A), as amended by the Antiterrorism and Effective Death Penalty Act of 1996, federal prisoners who want to file a second or successive motion to vacate, set aside, or correct a sentence must move the court of appeals for an order authorizing the district court to consider the second or successive motion. See 28 U.S.C. § 2244(b)(3)(A). A three-judge panel of the court of appeals, § 2244(b)(3)(B), may authorize the filing of a second or successive motion only if it determines that the motion contains claims which rely on either: (1) newly discovered evidence that, if proven and viewed in the light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that

was previously unavailable. 28 U.S.C. § 2255. See In re Blackshire, 98 F.3d 1293 (11th Cir. 1996).

Defendant has not fulfilled the requirements of the statutes as set out above.

It is therefore **ORDERED AND ADJUDGED** that:

1. Defendant's Motion to Modify Sentence (Dkt.#342), which this Court has construed as a third motion for relief under 28 U.S.C. § § §2255, is DISMISSED.

**DONE** and **ORDERED** in Tampa, Florida on May 31, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2003\03-cr-152.deny successive 2255 day.wpd*